IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-94-178-CV





KINCER OIL COMPANY, INC.,



 APPELLANT


vs.





JOHN SHARP, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE


OF TEXAS; MARTHA WHITEHEAD, SUCCESSOR IN OFFICE TO


KAY BAILEY HUTCHISON, TREASURER OF THE STATE


OF TEXAS; AND DAN MORALES, ATTORNEY GENERAL


OF THE STATE OF TEXAS,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT



NO. 93-00311, HONORABLE JOE B. DIBRELL, JUDGE PRESIDING 



 





PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Jones and Kidd; Chief Justice Carroll Not Participating

Dismissed on Appellant's Motion

Filed: October 12, 1994

Do Not Publish